Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−15699−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Asha K. Aide
    aka Asha Aide, aka Asha Kieara Aide
    1439 Greenwood Avenue
    Camden, NJ 08103

Social Security No.:
    xxx−xx−6317

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 19, 2024
JAN: cm

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-15699-JNP
Asha K. Aide  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Sep 19, 2024      Form ID: 148      Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Asha K. Aide, 1439 Greenwood Avenue, Camden, NJ 08103-2929 |
| aty | + | Sherri Dicks, Robertson, Anschutz, Schneid et al, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 520289744 | + | City of Camden Water & Sewage, 100 S. 17th Street, Camden, NJ 08105-1759 |
| 520289747 | | DFN Associates LLC, 239 Tomlinson Mill Road, Marlton, NJ 08053 |
| 520289756 | + | Pro Cap 8 FBO Firstrust Bank, 2500 McClellan Avenue, Suite 200, Merchantville, NJ 08109-4613 |
| 520289757 | | Pro Cap 8 FBO Firstrust Bank, PO Box 774, Fort Washington, PA 19034-0774 |
| 520289758 | + | Raymond Meisenbacher & Sons, 739 East Main St, Bridgewater, NJ 08807-3339 |
| 520289760 | + | Robert Saldutti, LLC, 800 N. Kings Highway Suite 300, Cherry Hill, NJ 08034-1511 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 19 2024 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 19 2024 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 21:26:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520293984 | + | EDI: AISACG.COM | Sep 20 2024 00:59:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520289745 | + | EDI: WFNNB.COM | Sep 20 2024 00:59:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520289746 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 19 2024 21:25:00 | Credit Acceptance, ATTN: Bankruptcy, 25505 West Twelve Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 520289748 | + | Email/Text: courts@firstharvestcu.com | Sep 19 2024 21:27:00 | First Harvest Credit Union (f/k/a SJFCU), Attn: Bankruptcy, Po Box 5530, Deptford, NJ 08096-0530 |
| 520325317 | + | Email/Text: gbechakas@outlook.com | Sep 19 2024 21:26:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 520333400 | | EDI: JEFFERSONCAP.COM | Sep 20 2024 00:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520289749 | ^ | MEBN | Sep 19 2024 21:14:33 | KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |

Case 24-15699-JNP    Doc 32    Filed 09/21/24    Entered 09/22/24 00:18:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 148 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 520356091 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 21:22:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520289750 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 21:27:00 | Leonard Franco Jr., Esquire, 1037 Raymond Blvd. Suite 710, Newark, NJ 07102-5423 |
| 520289751 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 21:27:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520354971 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 21:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520289752 | + | Email/Text: kmorgan@morganlaw.com | Sep 19 2024 21:27:00 | Morgan Bornstein & Morgan, 1236 K Brace Road Suite K, Cherry Hill, NJ 08034-3229 |
| 520289753 | + | EDI: MAXMSAIDV | Sep 20 2024 00:59:00 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 520289754 | + | EDI: NFCU.COM | Sep 20 2024 00:59:00 | Navy Federal Cr Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 520315666 | + | EDI: NFCU.COM | Sep 20 2024 00:59:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 520289755 | | EDI: PRA.COM | Sep 20 2024 00:59:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520289761 | + | Email/Text: bkteam@selenefinance.com | Sep 19 2024 21:26:00 | Selene Finance, Attn: Bankruptcy, Po Box 8619, Philadelphia, PA 19101-8619 |
| 520289762 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 19 2024 21:26:00 | Shellpoint Mortgage, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 520289763 | + | EDI: SYNC | Sep 20 2024 00:59:00 | Synchrony Bank/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520295527 | + | Email/Text: RASEBN@raslg.com | Sep 19 2024 21:26:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520360639 | + | Email/Text: bkteam@selenefinance.com | Sep 19 2024 21:26:00 | U.S. Bank Trust National Association, not, in its individual capacity but solely as, owner trustee for RCAF Acquisition, Trust Selene Finance LP 3501 Olympus, Blvd, Suite 500 Dallas, TX 75019-6156 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520289759 | ##+ | Retail Recovery Service Of NJ, 190 Moore Street Suite 201, Hackensack, NJ 07601-7418 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 24-15699-JNP   Doc 32   Filed 09/21/24   Entered 09/22/24 00:18:33   Desc Imaged
Certificate of Notice   Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 19, 2024 | Form ID: 148 | Total Noticed: 32 |

Date: Sep 21, 2024      Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Asha K. Aide jjresq1@comcast.net |
| Kimberly A. Wilson | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST kimwilson@raslg.com |
| Sherri R. Dicks | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION sdicks@raslg.com shrdlaw@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5